# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3653
_____

CHRISTOPHER CHARLES
MCINTOSH,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


January 10, 2019


PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Charles McIntosh, pro se, Petitioner.

Ashley Brooke Moody, Attorney General, Tallahassee, for Respondent.